No. 01–1118. SCHEIDLER ET AL. *v.* NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL.; and

No. 01–1119. OPERATION RESCUE *v.* NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 535 U. S. 1016.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–1420. WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL. *v.* GUARDIANSHIP ESTATE OF KEFFELER ET AL. Sup. Ct. Wash. [Certiorari granted, 535 U. S. 1094.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–1107. VIRGINIA *v.* BLACK ET AL. Sup. Ct. Va. [Certiorari granted, 535 U. S. 1094.] Motion of respondents Barry E. Black, Richard J. Elliott, and Jonathan O'Mara for divided argument denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–1229. PIERCE COUNTY, WASHINGTON *v.* GUILLEN, LEGAL GUARDIAN OF GUILLEN ET AL., MINORS, ET AL. Sup. Ct. Wash. [Certiorari granted, 535 U. S. 1033.] Motion of the Solicitor General for divided argument granted.

No. 01–1368. NEVADA DEPARTMENT OF HUMAN RESOURCES ET AL. *v.* HIBBS ET AL. C. A. 9th Cir. [Certiorari granted, 536 U. S. 938.] Motion of Coalition for Local Sovereignty for leave to file a brief as *amicus curiae* granted.

No. 01–1375. UNITED STATES *v.* NAVAJO NATION. C. A. Fed. Cir. [Certiorari granted, 535 U. S. 1111.] Motion of Peabody Coal Co. et al. for leave to file a brief as *amici curiae* granted. Motion of respondent Navajo Nation to strike *amicus curiae* Peabody Coal Co.'s lodging granted.